

Case 1:11-cr-00188-JLK *SEALED*   Document 2   Filed 05/04/11   USDC Colorado   Page 1 of 1

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| 1. LESLIE RENEE HEE | ) | Case No. 11-cr-00188-JLK |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   LESLIE RENEE HEE,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute, Dispense and Possess with Intent to Distribute and Dispense Controlled Substances under 21 U.S.C. §841(a)(1) and (b)(1)(C); Distribution or Possession with Intent to Distribute and Dispense Schedule I or II Controlled Substances under 21 U.S.C. § 841(a)(1) and (b)(1)(C), and or Aiding and Abetting the Same pursuant to 18 United States Code, Section 2; Unlawful Possession of Schedule II Controlled Substance pursuant to 21 U.S.C. §844.

Date: 05/04/2011

s/T.Lee
*Issuing officer's signature*

City and state:   Denver, CO

Gregory C. Langham, Clerk, U.S. District Court
*Printed name and title*

### Return

This warrant was received on *(date)* MAY 5th 2011 and the person was arrested on *(date)* MAY 5th 2011
at *(city and state)* Evergreen, Colorado

Date: MAY 6, 2011

*Arresting officer's signature*

MARK McClarie DEA
*Printed name and title*