**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam<br>Court Reporter: Tamara Hoffschildt<br>Probation Officer: Gary Kruck | Date: October 15, 2012 |

Criminal Action No.: 11-cr-00188-JLK-1

*Parties:*                                                                 *Counsel:*

UNITED STATES OF AMERICA,                          M J Menendez

    Plaintiff,

v.

1.    LESLIE ANN HEE,                                      Martha H. Eskesen
                                                                                         Daniel T. Smith

    Defendant.

---

**SENTENCING MINUTES**

---

**1:09 p.m.**    **Court in session.**

Court calls case. Appearances of counsel. Defendant present in custody. Also present, Tyler Brown and Kyle Mcgee, DEA Agents.

1:10 p.m.    Statement by Mr. David B. Phillips.

**Government's Exhibits 16a thru 16n, and 18 offered and admitted.**

1:26 p.m.    Defendant's witness, Jonathan I. Ritvo, called and sworn.

1:28 p.m.    Direct examination begins by Ms. Eskesen.

**Defendant's Exhibit J offered and admitted.**

1:40 p.m.    Continued direct examination by Ms. Eskesen.

1:58 p.m.    Cross examination begins by Ms. Menendez.

*11-cr-00188-JLK-1*
*Sentencing Day 2*
*October 15, 2012*

2:40 p.m.        Witness excused.

2:41 p.m.        Statement by Payton Scrivner, Defendant's daughter.

Further statement by Ms. Eskesen.

**2:45 p.m.        Court in recess.**

**3:04 p.m.        Court in session.**

Preliminary remarks by the Court.

The Court states the guideline calculations.

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**ORDERED:    Request For Notice Of Intent To Use Evidence Pursuant To F.R.Crim.P. 12(b)(4)(B) [Filed 7/15/11; Doc. No. 110] is DENIED as MOOT.**

**ORDERED:    First Motion For Order Directing Government To Produce Additional Discovery (Filed 8/22/11; Doc. No. 137) is DENIED as MOOT.**

**ORDERED:    Motion To Produce Bruton and Rule 801(d)(2)(E) Materials and For Pretrial Determination Of Alleged Co-Conspirator Statements (Filed 8/23/11; Doc. No. 141) is DENIED as MOOT.**

**ORDERED:    Motion For Discovery Of Expert Qualifications, Opinions And Bases For Expert Opinions (Filed 8/23/11; Doc. No. 142) is DENIED as MOOT.**

**ORDERED:    Government's Motion for Reduction In Base Offense Level Pursuant To U.S.S.G.§3E1.1(b) [Filed 9/19/12; Doc. No. 419] is GRANTED.**

**ORDERED:    Motion for Downward Departure Filed Pursuant To United States Sentencing Guidelines, §5K1.1 (Filed 9/20/12; Doc. No. 422) is**

*11-cr-00188-JLK-1*
*Sentencing Day 2*
*October 15, 2012*

           **DENIED.**

**ORDERED:** Government's Motion To Dismiss Counts Two Through Twenty-Four, Twenty-Six, Twenty-Eight, Twenty-Nine, And Thirty-Two Against Defendant Leslie Renee Hee (Filed 9/21/12; Doc. No. 424) is **GRANTED.**

**ORDERED:** Motion To Restrict Access To Document Number 433 (Level 2) [Filed 9/28/12; Doc. No. 434] is **GRANTED.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to **Count One** to a term of imprisonment of **180 months**.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **3 years**.

**Conditions of supervised release:**
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall comply with the standard conditions adopted by the Court.
- (X) Defendant shall not illegally possess controlled substances.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**Special conditions of supervised release:**
- (X) Defendant shall participate in a program of testing and treatment for drug or alcohol abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer.
- (X) Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (X) Defendant shall provide the probation officer any requested information

*11-cr-00188-JLK-1*
*Sentencing Day 2*
*October 15, 2012*

                about all prescribed medications and shall not take any narcotic prescribed medications without the advanced notice and permission of the probation officer.
- (X)   Defendant shall participate in a program of mental health treatment as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall pay the cost of the treatment as directed by the probation officer.
- (X)   The Probation Officer is authorized to release to the treatment agency all psychological reports and/or presentence reports for continuity of treatment.
- (X)   Defendant shall document all income compensation and financial support generated or received from any source and provide such information to the probation officer as requested.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

**It is the recommendation of this Court that the Defendant is placed in an institution where she can receive both mental and physical treatment for her chronic pain disorder as well as access to drug and addiction programs.**

**ORDERED: The Probation Department shall provide the Bureau of Prisons with copies of all medical, psychological and psychiatric reports contained in the Court's file of and concerning Defendant, including her written sentencing statement and attached reports.**

Defendant is advised of the right to appeal.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**4:01 p.m.   Court in recess.**
Hearing concluded.
Total in-court time: 2 hours, 33 minutes