# Bureau of Prisons
## Health Services
## Consultation Request

| | | |
|---|---|---|
| **Inmate Name:** HEE, LESLIE RENEE | **Reg #:** 37657-013 | **Complex:** CRW |
| **Date of Birth:** 03/29/1972 | **Sex:** F | |

**Consultation/Procedure Requested:** Rheumatology
**Subtype:** Rheumatology
**Priority:** Routine
**Target Date:** 06/10/2020
**Reason for Request:**

S: 47 yr old WF with c/o right foot & right hand pain x 6 moths that is not resolved with NSAIDS or Tylenol.
ANA Screen Positive
ANA Titer 147 (positive)
ANA Pattern Cytoplasmic 1:80 H
ANA Nuclear Speckled
PMH: RSD Left Foot, LBP, Cervalcalgia
PSH: Appendectomy, Breast Augmentation, Tonsillectomy

**Provisional Diagnosis:**

R/O Autoimmune Disorder, Connective Tissue Disorder

**Medications (As of 05/05/2020)**

Cyanocobalamin (Vit B-12) 1000 MCG/ML Inj 1 ml  Exp: 07/20/2020  SIG: Inject 1000 mcg Intra-Muscularly every 2 weeks on Tuesdays clinic ***pill line***
Ibuprofen 800 MG Tab  Exp: 07/20/2020  SIG: Take one tablet (800 MG) by mouth three times daily AS NEEDED for pain  "Chronic Care Verified" ortho/rheum Take with food

**Allergies (As of 05/05/2020)**

Morphine and Related, Morphine and Related, Codeine Phosphate

**Health Problems (As of 05/05/2020)**

GAF 51 - 70, Psychosocial and environmental problems, Gen psych exam, see health prob list, Other specified disorders of joint, Varicose veins, asymptomatic, Neck pain, cervicalgia, Nerve pain, neuralgia neuritis, radiculitis, Neoplasm of unspecified behavior of bone, soft tissue, and skin, Myopia, Astigmatism, Presbyopia, Basal cell carcinoma of skin, unspecified, Other fatigue, Encounter for gynecological exam (general) (routine) without abnormal findings, Vitamin B deficiency, Low back pain, Pain, unspecified, Encounter for general adult medical exam without abnormal findings

**Inmate Requires Translator:** No    **Language:**
**Additional Records Required:**
**Comments:**

Emailed to UNT on 3/12/2020 SS

**Requested By:** Fisher, Catherine NP-C
**Ordered Date:** 03/11/2020 12:23
**Scheduled Target Date:** 06/10/2020 00:00
**Level of Care:** Medically Necessary - Non-Emergent


EXHIBIT 2



**Report Status: Final**

**HEE, LESLIE**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| HEE, LESLIE<br><br>DOB: 03/29/1972   AGE: 47<br>Gender:   F<br>Patient ID: 37657-013 | Specimen:   DL077534V<br>Collected:   03/05/2020 / 06:45 CST<br>Received:   03/06/2020 / 05:47 CST<br>Reported:   03/06/2020 / 21:50 CST | Client #: 31137<br>FISHER, CATHERINE N |

## Immunology

| Test Name | Result | Reference Range | Lab |
|---|---|---|---|

**ANA SCREEN, IFA, W/REFL TITER AND PATTERN** — IG

| ANA SCREEN, IFA | POSITIVE | NEGATIVE |
|---|---|---|

ANA IFA is a first line screen for detecting the presence of up to approximately 150 autoantibodies in various autoimmune diseases. A positive ANA IFA result is suggestive of autoimmune disease and reflexes to titer and pattern. Further laboratory testing may be considered if clinically indicated.

For additional information, please refer to http://education.QuestDiagnostics.com/faq/FAQ177 (This link is being provided for informational/educational purposes only.)

**ANTINUCLEAR ANTIBODIES   TITER AND PATTERN** — IG

| ANA TITER | 1:40 H | titer |
|---|---|---|

A low level ANA titer may be present in pre-clinical autoimmune diseases and normal individuals.

```
Reference Range
<1:40         Negative
1:40-1:80     Low Antibody Level
>1:80         Elevated Antibody Level
```

| ANA PATTERN | Cytoplasmic |
|---|---|

The presence of cytoplasmic fluorescence was noted on the HEp-2 slide. Other reactivities (e.g., anti-mitochondrial antibodies or anti-smooth muscle antibodies) may be responsible for this fluorescence. The clinical significance of this finding is uncertain. Clinical correlation is recommended.

AC-15 to AC-23: Cytoplasmic

International Consensus on ANA Patterns (https://doi.org/10.1515/cclm-2018-0052)

| ANA TITER | 1:80 H | titer |
|---|---|---|

A low level ANA titer may be present in pre-clinical autoimmune diseases and normal individuals.

```
Reference Range
<1:40         Negative
1:40-1:80     Low Antibody Level
>1:80         Elevated Antibody Level
```

| ANA PATTERN | Nuclear, Speckled |
|---|---|

Speckled pattern is associated with mixed connective tissue disease (MCTD), systemic lupus erythematosus (SLE), Sjogren's syndrome, dermatomyositis, and systemic sclerosis/polymyositis overlap.

AC-2,4,5,29: Speckled

International Consensus on ANA Patterns (https://doi.org/10.1515/cclm-2018-0052)

Physician Comments:

**PERFORMING SITE:**
IG   QUEST DIAGNOSTICS-IRVING, 4770 REGENT BLVD., IRVING, TX 75063-2445 Laboratory Director: ROBERT L BRECKENRIDGE,MD, CLIA: 45D0697943

 **Quest** Diagnostics

Report Status: Final

HEE, LESLIE

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| HEE, LESLIE<br><br>DOB: 03/29/1972   AGE: 47<br>Gender:  F<br>Phone:   NG<br>Patient ID: 37657-013 | Specimen:   DL077534V<br>Requisition: 0081902<br><br>Collected:  03/05/2020 / 06:45 CST<br>Received:   03/06/2020 / 05:47 CST<br>Reported:   03/06/2020 / 21:50 CST | Client #: 31137        30FW600<br>FISHER, CATHERINE N<br>FMC - CARSWELL<br>J STREET BLDG 3000<br>FT WORTH, TX 76127 |

COMMENTS:   058201040

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| SED RATE BY MODIFIED WESTERGREN | 2 | | < OR = 20 mm/h | TG |


**Quest Diagnostics**

Report Status: Final
HEE, LESLIE

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| HEE, LESLIE<br>DOB: 03/29/1972   AGE: 47<br>Gender:  F<br>Patient ID: 37657-013 | Specimen: DL077534V<br>Collected: 03/05/2020 / 06:45 CST<br>Received: 03/06/2020 / 05:47 CST<br>Reported: 03/06/2020 / 21:50 CST | Client #: 31137<br>FISHER, CATHERINE N |

**ANA SCREEN, IFA, W/REFL TITER AND PATTERN**                                                                                   IG
**ANA SCREEN, IFA**                                POSITIVE     NEGATIVE

ANA IFA is a first line screen for detecting the presence of up to approximately 150 autoantibodies in various autoimmune diseases. A positive ANA IFA result is suggestive of autoimmune disease and reflexes to titer and pattern. Further laboratory testing may be considered if clinically indicated.

For additional information, please refer to http://education.QuestDiagnostics.com/faq/FAQ177 (This link is being provided for informational/educational purposes only.)

**ANTINUCLEAR ANTIBODIES TITER AND PATTERN**                                                                                    IG
**ANA TITER**                                     1:40 H         titer

A low level ANA titer may be present in pre-clinical autoimmune diseases and normal individuals.

```
Reference Range
<1:40        Negative
1:40-1:80    Low Antibody Level
>1:80        Elevated Antibody Level
```

**ANA PATTERN**                                   Cytoplasmic

The presence of cytoplasmic fluorescence was noted on the HEp-2 slide. Other reactivities (e.g., anti- mitochondrial antibodies or anti-smooth muscle antibodies) may be responsible for this fluorescence. The clinical significance of this finding is uncertain. Clinical correlation is recommended.

AC-15 to AC-23: Cytoplasmic

International Consensus on ANA Patterns (https://doi.org/10.1515/cclm-2018-0052)

**ANA TITER**                                     1:80 H         titer

A low level ANA titer may be present in pre-clinical autoimmune diseases and normal individuals.

```
Reference Range
<1:40        Negative
1:40-1:80    Low Antibody Level
>1:80        Elevated Antibody Level
```

**ANA PATTERN**                                   Nuclear, Speckled

Speckled pattern is associated with mixed connective tissue disease (MCTD), systemic lupus erythematosus (SLE), Sjogren's syndrome, dermatomyositis, and systemic sclerosis/polymyositis overlap.

AC-2,4,5,29: Speckled

International Consensus on ANA Patterns (https://doi.org/10.1515/cclm-2018-0052)

Physician Comments:

PERFORMING SITE:
QUEST DIAGNOSTICS-IRVING, 4770 REGENT BLVD., IRVING, TX 75063-2445 Laboratory Director ROBERT L. BRECKENRIDGE, MD, CLIA - 5D0697943

CLIENT SERVICES: 866.697.8378              SPECIMEN: DL077534V                          PAGE 2 OF 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

TRULINCS 37657013 - HEE, LESLIE RENEE - Unit: CRW-C-E
----------------------------------------------------------------------

FROM: 37657013
TO: Clinical Director
SUBJECT: ***Request to Staff*** HEE, LESLIE, Reg# 37657013, CRW-C-E
DATE: 04/28/2020 05:38:19 PM

To: Dr. Langham
Inmate Work Assignment: Chapel

Dr. Langham,

In late February of this year I received lab results showing I tested positive for Rheumatoid Arthritis and/or Lupus. On March 11, 2020, you approved an offsite appointment to a Rheumatologist for me ordering continued care. Due to these both being autoimmune diseases I am concerned about my well being and the ramifications of not being able to fight off illness, namely COVID-19. Could you please update me on where I stand for care? I appreciate your help, thank you.

Sincerely,
Leslie Hee



EXHIBIT 2a