

# Certificate of Completion

AWARDED TO

## Leslie Hee

IN RECOGNITION OF YOUR COMPLETION OF **708** HOURS OF CELEBRATE RECOVERY/12 STEP PROGRAM AND YOUR EFFORTS IN FACILITATING THE CLASS FOR OTHERS.

JANUARY 13, 2020

DR. FARID FAROOQI, CHAPLAIN

mberg No. 5119

EXHIBIT

13