# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL NO. TDC-17-388 |
| AMINIKA WRIGHT, | CRIMINAL NO. TDC-19-35 |
| Defendant | |

## SUPPLEMENTAL RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SENTENCING REDUCTION

On May 13, 2020, the Government filed its response in opposition to the defendant's motion for sentencing reduction. The Government now supplements that response in light of intervening Department of Justice guidance. Based on that guidance, the Government concedes that the defendant's Type I diabetes, and perhaps other of her medical conditions, constitute "extraordinary and compelling circumstances" during the current pandemic, even if these conditions in ordinary times would not allow compassionate release.

The Government continues to oppose the defendant's motion for the other reasons stated in the Government's response, including that the defendant has failed to exhaust administrative remedies, she continues to be a community danger, and the § 3553(a) factors do not counsel in favor of release.

Respectfully submitted.

Robert K. Hur
United States Attorney

/s/Thomas P. Windom
Thomas P. Windom
Assistant United States Attorney

